UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



LAURA MICHELLE HEYWOOD,

    Plaintiff,

v.                              ACTION NO. 2:15cv195

VIRGINIA PENINSULA REGIONAL
JAIL AUTHORITY
And
ALEXANDER M. KOEHLER,

    Defendants.

<u>ORDER</u>

    This matter comes before the court on the defendant's, Virginia Peninsula Regional Jail Authority ("VPRJ"), Motion to Dismiss (ECF No. 6). The matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motions.

    A hearing was held on July 20, 2015, and the United States Magistrate Judge's Report and Recommendation was filed on July 21, 2015 (ECF No. 34). The magistrate judge recommended that VPRJ's Motion to Dismiss be granted in part, dismissing Count I, and denying the remainder of its Motion. By copy of the Report and Recom-

mendation, the parties were advised of their right to file written objections thereto. On August 4, 2015, the court received VPRJ's objections to the Magistrate Judge's Report and Recommendation (ECF No. 35), and on August 18, 2015, the plaintiff filed her Memorandum in Opposition to VPRJ's objections (ECF No. 36).

The court, having examined the objections by VPRJ to the Report and Recommendation, and the plaintiff's Memorandum in Opposition, and having made de novo findings with respect thereto, does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed July 21, 2015. Accordingly, VPRJ's Motion to Dismiss is **GRANTED** in part to **DISMISS COUNT I** of plaintiff's Amended Complaint; and VPRJ's, Motion to Dismiss is **DENIED** as to all other counts of the Amended Complaint pertaining to VPRJ. The court **ORDERS** VPRJ to file an answer, within fourteen (14) days of the date of entry of this Order, as to all counts but Count I of the Amended Complaint against VPRJ, namely Counts IV, VI, VIII, XI, and XIV.

The Clerk shall forward a copy of this Order to counsel for the parties.

It is so **ORDERED**.

/s/ 
Rebecca Beach Smith
Chief Judge

August 21, 2015