

FILED
MAR - 1 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

LAURA MICHELLE HEYWOOD,

    Plaintiff,

v.    ACTION NO. 2:15cv195

VIRGINIA PENINSULA REGIONAL JAIL
AUTHORITY, and

ALEXANDER M. KOEHLER,

    Defendants.

### ORDER

This matter comes before the court on the "Motion for Leave to File Responsive Pleading" ("Motion") filed by Defendant Alexander M. Koehler ("Koehler") on October 2, 2015. ECF No. 40. The matter was referred to United States Magistrate Judge Douglas E. Miller on November 20, 2015. The Magistrate Judge construed the Motion as a Request for Relief from Default under Federal Rule of Civil Procedure 55(c). See ECF No. 46.

The Magistrate Judge's Report and Recommendation ("R&R") was filed on January 19, 2016. ECF No. 49. The Magistrate Judge recommends denying Koehler's motion and proceeding to trial as to the other Defendant, with Koehler subject to the consequences attending his default.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations

made by the Magistrate Judge. The court has received no objections to the R&R, and the time for filing the same has expired.[1] The court does hereby adopt and approve in full the findings and recommendations set forth in the R&R filed January 19, 2016. Accordingly, the Defendant's Request for Relief from Default is **DENIED**.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

March 1, 2016

---

[1] The Magistrate Judge granted an extension of time to file objections by February 25, 2016. See ECF No. 53.

2